UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IN RE: DAMON D'AMBROSIO MISC. NO. 06-55 T

**SHOW CAUSE ORDER**

Respondent, Damon D'Ambrosio, is hereby directed to show cause within ten (10) days of this Order why he should not be disbarred or suspended from the practice of law before this Court for failing to register in accordance with the requirements of L.R. Gen. 203 despite a courtesy call from the Clerk reminding him of such requirement.

By Order

Paulette J Dube
Deputy Clerk

ENTER:

Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: June 16 , 2006

FILED
2006 JUN 16 P 2:31
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND