UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IN RE: DAMON D'AMBROSIO

**ADMINISTRATIVE SUSPENSION ORDER**

On June 16, 2006, this Court issued an order directing respondent D'Ambrosio to show cause why he should not be disbarred or suspended from the practice of law before this Court for failing to register in accordance with the requirements of L.R. Gen. 203.

On June 16, 2006, this Court personally spoke with Mr. D'Ambrosio about the issuance of the order and the need for him to comply.

Since Mr. D'Ambrosio has not shown cause for his failure to register, it is hereby ORDERED, pursuant to L.R. Gen. 203, that he is administratively suspended from membership in the bar of this Court effective immediately.

By Order

Paulette J Dube

Chief Deputy Clerk

ENTER:

Ernest C Torres

Ernest C. Torres
Chief Judge

Date: July 10, 2006