# United States Court of Appeals
## For the First Circuit

---

No. 06-8023

IN RE: DAMON D'AMBROSIO

---

**ORDER OF COURT**

Entered: July 21, 2006
Pursuant to 1st Cir. R. 27(d)

A certified copy of the Rhode Island District Court's July 10, 2006 order suspending Damon D'Ambrosio from the practice of law before said court, having been filed this day,

It is ordered that Damon D'Ambrosio shall show cause, if any there be, why an order should not be entered suspending Damon D'Ambrosio from the office of attorney and counselor of this court, by making answer, under oath, to this show cause order on or before August 21, 2006. A hearing may be requested within thirty (30) days after service of the order, otherwise the matter will be determined on the papers without hearing.

It is further ordered that service of a certified copy of this show cause order, together with a copy of the Damon D'Ambrosio order, shall be made forthwith by the Clerk of the Court by regular mail and certified mail, return receipt requested.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: S. Calardo Date: 7.21.06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: ______________________
Chief Deputy Clerk

[Certified Copies: Damon D'Ambrosio (via certified and first class mail), David DiMarzio, Clerk, US DC RI and Honorable Ernest C. Torres]